# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Misc. No. 3:09 mc 145

IN RE:   Issuance of Subpoenas by the Federal Defenders of Western North Carolina

## ORDER

THIS MATTER is before the Court on its own motion pertaining to the issuance of subpoenas by the Federal Defenders of Western North Carolina.

In all matters before this Court wherein a judicial officer has found that a party is indigent and qualified for representation by the Federal Defenders of Western North Carolina, upon request of the Federal Defenders Office for issuance of a subpoena, the Clerk of Court shall issue such subpoena in blank to the Office of Federal Defenders of Western North Carolina without the necessity for an individual Court Order.

It is further ORDERED that upon presentation to the United States Marshal for the Western District of North Carolina by the Federal Defenders of Western North Carolina of a subpoena together with a copy of this Order, the Marshal shall serve said subpoena in the same manner as in other criminal cases pursuant to Federal Rules of Criminal Procedure 17(b). The costs incurred by the process and the fees of the witnesses so subpoenaed shall be paid as provided in Federal Rules of Criminal Procedure 17(b).

Further, it is ORDERED that in those cases where the Federal Defenders of Western North Carolina has arranged for service of subpoenas by persons other than the U.S. Marshal, upon presentation to the Marshal by the Federal Defenders Office of a properly executed Witness Attendance Fee, Travel and Miscellaneous Expense Claim, together with a copy of this Order, the Marshal shall pay the fees of the witness so subpoenaed as provided in Federal Rules of Criminal Procedure 17(b).

So ORDERED, this 8th day of August, 2009.

_____  
Robert J. Conrad, Jr., Chief  
United States District Judge

_____  
Richard L. Voorhees  
United States District Judge

_____  
Lacy H. Thornburg  
United States District Judge

_____  
Frank D. Whitney  
United States District Judge

_____  
Martin Reidinger  
United States District Judge

_____  
Graham C. Mullen, Senior  
United States District Judge